1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10

11    LESLIE FORD,                                  Case No. 25-cv-0628-BAS-JLB

12                              Petitioner,         **ORDER ON RESPONSE TO SHOW**

13          v.                                      **CAUSE (ECF No. 5)**

14    INTERNAL REVENUE SERVICE,

15                              Respondent.

16

17          A short time ago the Court dismissed this case for Petitioner Leslie Ford's

18    ("Petitioner") failure to respond to an order show cause. (ECF No. 3.) The following day,

19    Petitioner responded to the Court's Order to Show Cause, explaining Petitioner was out of

20    the country when the Court issued the Order to Show Cause, and providing the Court with

21    proof Petitioner sent a copy of the petition to Defendant, the Internal Revenue Service

22    ("IRS"), on March 19, 2025. (ECF No. 5.) The Court finds Petitioner asserts sufficient facts

23    to establish Petitioner responded beyond the deadline due to excusable neglect and the

24    Court shall therefore consider Petitioner's response. Fed. R. Civ. P. 6(b)(1)(B).

25          The Court's original Order to Show Cause ordered Petitioner to show cause by

26    (1) offering proof Petitioner sent a copy of the petition to quash in accordance with 26

27    C.F.R. § 301.7609-4(b)(2)(ii), and (2) justifying why this Court has jurisdiction under 26

28    U.S.C. § 7609. While Petitioner showed adequate cause as to the first item, Petitioner made

25cv0628

no showing as to the second. The Court finds no grounds for jurisdiction under a statute that grants a petitioner the right to quash an IRS summons issued to third parties, but not summonses issued to the petitioner themselves. *See* 26 U.S.C. § 7609. Accordingly, the case shall remain closed; Petitioner's claims remain dismissed without prejudice.

**IT IS SO ORDERED.**

**DATED: July 25, 2025**

**Hon. Cynthia Bashant, Chief Judge
United States District Court**

25cv0628